UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER DOUCETTE | CIVIL ACTION |
| VERSUS | NO. 16-17024 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (3) |

## ORDER AND REASONS

The Court, having reviewed *de novo* the complaint,[1] defendant's motion to dismiss,[2] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, defendant's motion to dismiss is GRANTED, and plaintiff's case is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __4th__ day of December, 2017.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 14.
[3] R. Doc. 16.